UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO

| | |
|---|---|
| **KRISTY STEPHENS, et al.,** | CASE NO. C-1-01-786 |
| Plaintiffs, | SPIEGEL, J. |
| v. | |
| **MORGAN STANLEY DW, INC.** f/k/a Dean Witter Reynolds, Inc., et al., | |
| Defendants. | |

### STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiffs and Defendants herein stipulate to dismissal of this action with prejudice.

James R. Cummins (0000861)
Robert Heuck II (0051283)
WAITE, SCHNEIDER, BAYLESS
    & CHESLEY CO., L.P.A.    1513
Fourth & Vine Tower
One West Fourth Street
Cincinnati, OH 45202
Phone:    (513) 621-0267
Facsimile:    (513) 381-2375
Email:    wsbclaw@aol.com

*Counsel for Plaintiffs Kristy Stephens, Kristy Stephens as guardian of Lonnie J. Stephens, John J. Stephens, Brittany N. Stephens, and Katy Stephens, The Provident Bank D/B/A/ Provident Financial Advisors Successor Trustee to The Stephens Family Irrevocable Trust Dated 5/23/96, and The Kristy Stephens Irrevocable Trust Dated 5/23/96*

Donald J. Mooney, Jr. (0014202)
Pamela K. Ginsburg (0071805)
ULMER & BERNE LLP
600 Vine Street
Suite 2800
Cincinnati, OH 45202-2409
Phone:       (513) 698-5070
Facsimile:   (513) 698-5071

*Counsel for Defendants Morgan Stanley
DW, Inc. f/k/a Dean Witter Reynolds, Inc.,
Morgan Stanley Dean Witter Trust FSB, and
Steven B. Condit*